THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| RONALD JOSEPH JONES JR.,<br><br>            Plaintiff,<br><br>v.<br><br>STATE OF UTAH et al.<br><br>            Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br><br>Case No. 2:22-cv-00194-JNP<br><br>District Judge Jill N. Parrish |

      On June 1, 2022, the court ordered Plaintiff to submit a signed form, within thirty days, consenting to incremental collection of Plaintiff's filing fee from his inmate account. *See* ECF No. 31. Plaintiff has not done so. The court's order stated that failure to submit a signed consent to collection of fees form would result in dismissal of the case. *Id.*

      Accordingly, the court DISMISSES Plaintiff's complaint without prejudice for failure to comply with the Court's order and for failure to prosecute. *See* DUCivR 41-2.

      DATED August 9, 2022.

                  BY THE COURT:

                  JILL N. PARRISH<br>
                  United States District Judge