THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| **RONALD JOSEPH JONES JR.**, <br><br> Plaintiff, <br><br> v. <br><br> **STATE OF UTAH** *et al.* <br><br> Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER** <br><br> Case No. 2:22-CV-194-JNP <br><br> District Judge Jill N. Parrish |

On August 9, 2022, this case was dismissed for failure to comply with court orders and to prosecute. (ECF No. 32.) On January 24, 2024, the Court granted Plaintiff's motions to reopen this action. (ECF Nos. 36, 38-40.) The Court ordered Plaintiff to within thirty days file a motion for leave to proceed *in forma pauperis* as a nonprisoner or a letter stating he was still incarcerated. (ECF No. 40.) The Court has now not heard from Plaintiff since July 7, 2023, when he filed a motion to reopen this case—more than ten months ago. (ECF No. 39.) And the Court's most recent order was returned to sender, marked "unable to forward." (ECF No. 41.) Plaintiff has not since updated his address.

IT IS THUS ORDERED that Plaintiff's complaint is DISMISSED without prejudice for failure to comply with the Court's orders and for failure to prosecute. *See* DUCivR 41-2.

DATED this 14th day of May, 2024.

BY THE COURT:

_____
JILL N. PARRISH
United States District Judge